UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECNY SHIPPING LTD., <br><br> Petitioner, <br><br> -against- <br><br> HYC LOGISTICS, INC., <br><br> Respondent. | 24-CV-4671 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    As discussed during today's conference, the parties are ORDERED to submit a joint letter to the Court by no later than **September 17, 2024** stating whether they intend to continue litigating this action before this Court, or whether the parties will voluntarily dismiss this action and refile in the United States District Court for the District of Columbia. If the parties stipulate to voluntarily dismissing this action, they shall file a stipulation by September 17, 2024.

    In the event this action remains in this Court, Petitioner's Amended Petition is due by **September 20, 2024**. As discussed at the conference, Respondent's motion to set aside default is GRANTED and Respondent's motion to dismiss is DENIED as moot. Finally, the briefing schedule for Respondent's renewed motion to dismiss is as follows: Respondent's motion to dismiss is due by **October 11, 2024**, Petitioner's opposition is due by **October 25, 2024**, and Respondent's reply is due on **November 1, 2024**.

    The Clerk of Court is directed to terminate ECF Nos. 12 and 13 and vacate the Certificate of Default at ECF No. 10.

Dated: September 10, 2024
       New York, New York

                                                        SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge